**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 39 MM 2022

                 Respondent       :

                     v.              :

DONTAIE ANDERSON,          :

                 Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.